IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM and
ROBERT KIDD,

    Plaintiffs,

v.

WILLIAM J. POLLARD,

    Defendant.

ORDER

Case No. 14-cv-808-jdp

    Plaintiff Robert Kidd, a prisoner in the custody of the Wisconsin Department of Corrections, has filed a proposed civil complaint along with co-plaintiff Terrance Grissom. Co-plaintiff Terrance Grissom requests leave to proceed without prepayment of the filing fee and has submitted a certified copy of his six-month trust fund account statement. Plaintiff Kidd, however, has neither paid the filing fee nor requested leave to proceed without prepayment. For this case to proceed, plaintiff Kidd must pay the $400 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than December 22, 2014.

    A motion for leave to proceed without prepayment of the filing fee must be accompanied by a certified copy of the plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(a)(2). If I find that plaintiff is indigent, I will calculate the initial partial payment that he must pay in the case. Thereafter, the plaintiff will be required to pay the balance of the filing fee in installments.

## ORDER

IT IS ORDERED that plaintiff Robert Kidd may have until December 22, 2014 to submit the $400 filing fee or a motion for leave to proceed without prepayment and a trust fund account statement for the period beginning approximately May 19, 2014 and ending approximately November 19, 2014. If, by December 22, 2014, plaintiff Kidd fails to respond to this order, I will assume that he wishes to withdraw from this action voluntarily.

Entered this 25th day of November, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge