IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT KIDD,

    Plaintiff,

v.

WILLIAM J. POLLARD,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-808-jdp

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant William J. Pollard, dismissing plaintiff Robert Kidd's case without prejudice.

| /s/ | 8/17/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |